**Electronically Filed
Supreme Court
SCWC-24-0000509
06-JUL-2026
07:51 AM
Dkt. 7 ODAC**

SCWC-24-0000509

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

SCOTT DAVID DEANGELO,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000509; CASE NOS. 1CPC-22-0001357 and 1CPC-23-0000307)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Nakamoto, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on May 29, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 6, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Henry T. Nakamoto

